101 A.3d 1150

COMMONWEALTH of Pennsylvania, Respondent

v.

Jason A. DOUGHTY, Petitioner.

Supreme Court of Pennsylvania.

Oct. 9, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 9th day of October, 2014, the Petition for Allowance of Appeal is **GRANTED.**  The issue is:

Whether the [h]olding of this Honorable Supreme Court in *Commonwealth v. Brachbill,* [520 Pa. 533] 555 A.2d 82, 92 (1989), should be partially overturned[ ] or clarified so that it isn't in conflict with the plain language reading of 18 Pa.C.S.[ ] § 4952 and in conflict with the well[-]recognized rule of statutory construction that penal statutes must be strictly construed.